```
CP:TMM
F.# 2007R00229/OCDETF # NY-NYE-0534
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

NIKOLAI DOZORTSEV,
    also known as "Nicky" and
    "Kolja,"
ARTHUR DOZORTSEV,
BORIS NAYFELD and
ROBERTO ALCAINO,

                    Defendants.
- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 08-0044 (S-1)(CPS)
(T. 21, U.S.C., §§
841(b)(1)(A)(ii)(II), 846
and 853(p); T. 18, U.S.C.,
§§ 982, 1956(h), 2 and
3551 et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 19 2008 ★
BROOKLYN OFFICE

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Attempted Cocaine Possession)

    1.  In or about and between July 2007 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," BORIS NAYFELD and ROBERTO ALCAINO, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    (Title 21, United States Code, Sections 841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TWO
(Conspiracy to Launder Money)

2. In or about and between March 2007 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," ARTHUR DOZORTSEV and BORIS NAYFELD, together with others, did knowingly and intentionally conspire to conduct financial transactions in and affecting interstate and foreign commerce, to wit: the transportation, transmission and transfer of funds to and through companies and bank accounts, which in fact involved the proceeds of specified unlawful activity, to wit: narcotics trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 959(a) and 963, and trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, (a) with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and (b) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity,

in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION AS TO COUNT ONE

3. The United States hereby gives notice to the defendants charged in Count One that, upon their conviction of such offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including but not limited to, a sum of money equal to the total amount of gross proceeds the defendants obtained as a result of the offense for which the defendants are jointly and severally liable.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

  (Title 21, United States Code, Section 853(p))

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT TWO

  5. The United States hereby gives notice to the defendants charged in Count Two that, upon their conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982, of all property involved in each offense of conviction in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offenses, and all property traceable to such property as a result of the defendants conviction of Counts Two of this Superseding Indictment, including but not limited to, the following:

### Money Judgment

  (a) a sum of money equal to the total amount involved in the defendants' violation of Title 18, United States Code, Section 1956, for which the defendants are jointly and severally liable;

Specific Property

(b) all right, title and interest in 100,000 shares of Edgetech International, Inc., registered to Arthur Dozortsen, represented by Certificate No. 5379, seized from the residence of Arthur Dozortsev;

(c) all right, title and interest in 75,000 shares of Sionix, registered to Arthur Dozortsev, represented by Certificate No. 5041, seized from the residence of Arthur Dozortsev;

(d) all right, title and interest in one 2.19 karat diamond seized from the residence of Nikolai Dozortsev;

(e) all right, title and interest in $12,073.00 in United States currency seized from the residence of Nikolai Dozortsev;

(f) all right, title and interest in Account Numbers 726379613 and 2724993205 held in the name of Arthur Dozortsev at JP Morgan Chase;

(g) all right, title and interest in Account Number 114-042098 held in the name of Dozortsev and Sons Trading at JP Morgan Chase;

(h) all right, title and interest in Account Number 3014006369 held in the name of Dozortsev Realty, LLC at North Fork Bank;

(i) all right, title and interest in Condominium Unit 10B and parking space 19PK located at 2803 Ocean Parkway, Brooklyn, New York;

(j) all right, title and interest in the parcel or parcels of real property located in Newark, New Jersey, bounded on the north by Third Avenue East, on the east by Passaic Avenue, on the south by Fourth Avenue East, and on the west by McCarter Highway (New Jersey Route 21); and

(k) all right, title and interest in Condominium Unit 304 located at 444 West 19th Street, New York, New York.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982, to seek forfeiture of any other

property of such defendant(s) up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 982)

A TRUE BILL

_____[redacted]_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD.34
JUN.85

No. _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

THE UNITED STATES OF AMERICA

vs.

NIKOLAI DOZORTSEV, a/k/a "Nicky" and Kolja,"
ARTHUR DOZORTSEV, BORIS NAYFELD and ROBERTO
ALCAINO,

Defendants.

## SUPERSEDING INDICTMENT

Cr. No. 08-0044(S-1)(CPS)
(T. 21, U.S.C., §§ 841(b)(1)(A)(ii)(II), 846
and 853(p); T. 18, U.S.C., §§ 982, 1956(h),
2 and 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day
of _____ A.D. _____

_____
Clerk

Bail, $ _____

STEVE TISCIONNE, AUSA 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

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Nikolai Dozortsev, et al.**

2. Related Magistrate Docket Number(s): M-07-1123

   None ( )

3. Arrest Date: **10-13-07**

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): United States v. Ricardo Marian Fanchini, 07-CR-736 (CPS)

6. Projected Length of Trial: Less than 6 weeks ( )
   More than 6 weeks (X)

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
* FEB 19 2008 *
BROOKLYN OFFICE

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: *[signature]*

Steven Tiscione
Assistant U.S. Attorney
718-254-6317

Toni Mele
Assistant U.S. Attorney
718-254-6138

Rev. 3/22/01