

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

July 16, 2009

**ELECTRONICALLY FILED**

Honorable Charles P. Sifton
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


      Re:  United States v. Boris Nayfeld
           08-cr-0044 (EDNY)(CPS)

Dear Judge Sifton:

     Enclosed please find a proposed Final Order of Forfeiture. The Government respectfully requests that the Court "so order" the enclosed.

     Additionally, both the Preliminary Order of Forfeiture and the Plea Agreement for this defendant contemplate the forfeiture of real property located at 244 South Avenue 18, Los Angeles, California, 90031 (the "Real Property").  However, after receiving third party claims, the government has elected to forego the forfeiture of the Real Property due to its negative value.  As such, the government has removed its Lis Pendens and will not be seeking a Final Order of Forfeiture as to the Real Property.  The government is continuing the forfeiture action as to all other pieces of real property and assets named in this case.

Page 2

Thank you for your Honor's consideration of this submission.

>
> Respectfully submitted,
>
> BENTON J. CAMPBELL
> United States Attorney
> Eastern District of New York
>
> By:   /s/
> Evan S. Weitz
> Assistant U.S. Attorney
> (718) 254-6148