```
SLR:KAN:ESW
F.#2007R00229/OCDETF#NY-NYE-0534
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| - against - | Cr. 08-0044 (S-1)(CPS) |
| BORIS NAYFELD, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - X

WHEREAS, on or about September 25, 2008, the defendant, BORIS NAYFELD, pleaded guilty to a violation of Count Two of the above captioned Indictment, charging a violation of 18 U.S.C. § 1956(h);

WHEREAS, on October 2, 2008, this Court ordered a Preliminary Order of Forfeiture against the Defendant and to forfeit any and all right, title and interest the Defendant may have in the properties listed in the plea agreement, and all proceeds traceable thereto, including a Money Judgment in the amount of $90,000.00, on the grounds that they were properties involved in a violation of 18 U.S.C. § 1956(h), or property traceable to such property, and/or substitute property;

WHEREAS, on June 11, 2009, the Defendant submitted a check made payable to the United States Marshals Service for

$90,000.00 in satisfaction of the Money Judgment ordered by this Court, and the Defendant has agreed not to contest forfeiture of those funds; and

Whereas, on July 14, 2009, the Defendant is scheduled to be sentenced;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to Fed. R. Crim. P. 32.2(c)(2), the Preliminary Order of Forfeiture previously entered by this Court is hereby made a Final Order of Forfeiture for the $90,000.00 payment made toward the Money Judgment.

2. The assets to be included in this Final Order of Forfeiture include only the $90,000.00 payment toward the Money Judgment. This Court shall retain jurisdiction of all other assets listed in the Preliminary Order of Forfeiture identified as Forfeited Assets pending the entry of a Final Order of Forfeiture against those assets.

3. The United States Marshals Service for the Eastern District of New York is hereby directed to dispose of the $90,000.00 in accordance with all applicable laws and rules.

4. The Clerk of Court shall forward three certified copies of this order to the attention of Assistant United States

Attorney Evan S. Weitz, United States Attorney's Office, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
       July __, 2009

_____
HONORABLE CHARLES P. SIFTON
UNITED STATES DISTRICT JUDGE